UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

CORNELIUS MAYFIELD,

    Plaintiff,

v.                                CIVIL ACTION NO. 5:20-cv-00160

WARDEN YOUNG,
NURSE/PHARMACIST MR. SHIFFLET,
NURSE MR. ROSE, and
OTHER MEDICAL PERSONELS UNKOWN,

    Defendants.

## ORDER

This action was previously referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Aboulhosn filed his PF&R on September 29, 2022. Magistrate Judge Aboulhosn recommended that the Court dismiss this action without prejudice.

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent

objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). While Magistrate Judge Aboulhosn's PF&R was initially returned as undeliverable, it was resent on October 21, 2022 [Doc. 9].[1] From that date, objections were due on November 7, 2022. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [Doc. 8], **DENIES AS MOOT** Plaintiff's Application to Proceed Without Prepayment of Fees and Costs [Doc. 1], and **DISMISSES** the matter **WITHOUT PREJUDICE**.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER: January 17, 2023

Frank W. Volk
United States District Judge

---

[1] The Court notes that a pro se plaintiff must notify the Court of any change of address or other contact information. L.R. Civ. P. 83.5.